STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      415.436.7700
Facsimile:      415.436.7706
Email:           gabriela_bischof@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-00903-002 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| JOSE ALFREDO JIMENEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

through their respective counsel, that:

1.      Defendant is making an unopposed motion for modification of his sentence pursuant to

18 U.S.C. § 3582(c)(2).

2.      Defendant's original guideline calculation was as follows:

Total Offense Level: 26

Criminal History Category:  I

Guideline Range: 63 to 78 months

*3582 STIP*, CR 11-00903-002 WHA
DEF. JIMENEZ                                1

Mandatory Minimum: None Applicable

3.     Defendant was sentenced to 87 months imprisonment on May 8, 2012.

4.     According to the Bureau of Prisons, Defendant's current projected release date is March
1, 2018.

5.     Effective November 1, 2014, this Court may order a modification in defendant's sentence
pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the
United States Sentencing Guidelines Manual.

6.     Defendant's revised guideline calculation is as follows:

Total Offense Level: 24

Criminal History Category: I

Guideline Range: 51 to 63 months

Mandatory Minimum: None applicable

7.     The parties have no reason to dispute the Sentence Reduction Investigation Report
submitted to the Court by the Probation Office.

8.     Based upon the foregoing, the parties hereby stipulate that the Court may enter an order
**reducing Defendant's total term of custody to 63 months**, effective November 1,
2015.

9.     The parties further stipulate that all other aspects of the original judgment order including
the length of term of supervised release, all conditions of supervision, fines, restitution,
and special assessment remain as previously imposed.

10.    Defendant stipulates that he waives and does not request a hearing in this matter pursuant
to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220
(2005).

11.    Defendant waives his right to appeal the district court's sentence.

12.   Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.


August 12, 2015                         /s/  *J. Douglas Wilson*
_____          _____
DATED                                    MELINDA L. HAAG
                                               United States Attorney
                                               J. DOUGLAS WILSON
                                               Assistant United States Attorney
                                               Northern District of California


August 12, 2015                         /s/  *Gabriela Bischof*
_____          _____
DATED                                    STEVEN G. KALAR
                                               Federal Public Defender
                                               GABRIELA BISCHOF
                                               Assistant Federal Public Defender
                                               Northern District of California


### [~~PROPOSED~~] ORDER


IT IS SO ORDERED.

 August 13, 2015.
_____          _____
DATED                                    WILLIAM H. ALSUP
                                               United States District Judge